```
                                                            O
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK TERRELL PATTON, | ) | CASE NO. CV 18-4218-CAS (PJW) |
| | ) | |
| Petitioner, | ) | [PROPOSED] ORDER DISMISSING SECOND |
| | ) | OR SUCCESSIVE HABEAS CORPUS |
| v. | ) | PETITION AND DENYING CERTIFICATE |
| | ) | OF APPEALABILITY |
| JOHN SUTTON, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

Before the Court is Petitioner's second attempt to challenge his 2002 state conviction and sentence. His first petition was denied on the merits in August 2005. (*Patton v. Lamarque*, CV 04-6474-CAS (PJW), August 30, 2005 Order.) In May 2006, the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability. (*Patton v. Lamarque*, CCA No. 05-56563, May 25, 2006 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his 2002 conviction and sentence. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authoriza-

tion from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: May 31, 2018.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA18CV04218CASPJW-O.wpd

2