JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK TERRELL PATTON, | ) | CASE NO. CV 18-4218-CAS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| JOHN SUTTON, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: May 31, 2018.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

H:\CASNYDER\R&R & Related - 194\Magistrate Orders\LA18CV04218CASPJW-J.wpd